[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

—————————————————

No. 07-10546
Non-Argument Calendar

—————————————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 20, 2007
THOMAS K. KAHN
CLERK

D.C. Docket No. 06-00414-CV-4-RH-WCS

PHILIP J. STODDARD,

Plaintiff-Appellant,

versus

THE FLORIDA BOARD OF BAR EXAMINERS,
An Administrative Agency of the State of Florida,
THOMAS ARTHUR POBJECKY, General Counsel
for the Florida Board of Bar Examiners, et al.,

Defendants-Appellees.

—————————————————

Appeal from the United States District Court
for the Northern District of Florida

—————————————————

**(July 20, 2007)**

Before ANDERSON, BARKETT and COX, Circuit Judges.

PER CURIAM:

Philip J. Stoddard sued the Florida Board of Bar Examiners (FBBE), the Honorable R. Fred Lewis, and several members of the FBBE, in their personal and official capacities. Stoddard's complaint alleges claims arising under 42 U.S.C. § 1983, 42 U.S.C. § 12321 (the ADA), and Article 1 Section 10 of the United States Constitution. The gravamen of Stoddard's lawsuit is that Defendants violated his rights by refusing to grant him admission to the Florida Bar. The district court dismissed each of the claims against each of the Defendants.

After a thorough review of the record and the parties' briefs on appeal, we find no reversible error.

**AFFIRMED.**